FILED

03/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0708

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0708

IN THE MATTER OF:

J.A.L.,

Respondent and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until April 10, 2020, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 10 2020